UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -  :  NOTICE OF INTENT TO
                    FILE AN INFORMATION

Ramon Casares,  :

        Defendant.  :

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            June 12, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

              By: _____
                     Julian J. Moore
                     Assistant United States Attorney

**Judge McMahon**

              AGREED AND CONSENTED TO:

              By: _____
                     Matthew Kluger
                     Attorney for Ramon Casares

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: