USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA           :    INFORMATION

          - v. -
                                   :    07 Cr. (CM)
JOSE URENA,
RAMON CASARES,                     :

          Defendants.              07 CRIM. 526

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1. From at least in or about January 2004 through in or about March 2007, in the Southern District of New York and elsewhere, JOSE URENA and RAMON CASARES, the defendants, unlawfully, intentionally and knowingly did use, transfer, acquire, alter, and possess coupons, authorization cards, and access devices of a value of $5,000 and more in a manner contrary to the federal food stamp program, to wit, URENA and CASARES exchanged several hundred thousands of dollars of customers' food stamp benefits for cash at a Manhattan grocery store.

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code, Section 2016; Title 7, Code of Federal Regulations, Section 278.2; Title 18, United States Code, Section 2.)

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

Judge McMahon

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**JOSE URENA,
RAMON CASARES,**

**Defendants.**

---

**INFORMATION**

07 Cr.

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code, Section 2016; Title 7, Code of Federal Regulations, Section 278.2.)

MICHAEL J. GARCIA
United States Attorney.

---

June 12, 2007
Filed Waiver of Indictment and Information
Deft: Urena, pres. w/atty: Oswaldo Gonzalez. AUSA Julian Moore and Spanish Interp. present. Deft. pleads not guilty. Deft. cont'd released.
Deft: Casares, pres. w/atty: Matthew Kluger. AUSA Julian Moore and Spanish Interp. present. Deft. pleads not guilty. Deft cont'd detained. Time excluded from 6/12/07 to 7/12/07.

Freeman, USMJ