UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| - v. - | : | |
| RAMON CASERES, | : | S1 07 Cr. 526 (CM) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x



### COUNT ONE

(Food Stamp Fraud)

The United States Attorney charges:

1. From at least on or about January 1, 2004, up to and including in or about April 2007, in the Southern District of New York and elsewhere, RAMON CASERES, the defendant, unlawfully, intentionally and knowingly did use, transfer, acquire, alter, and possess coupons, authorization cards, and access devices of a value of $5,000 and more in any manner contrary to Title 7, United States Code, Section 2000, *et seq.* and the regulations issued pursuant to this section, to wit, CASERES exchanged $521,589 of customers' food stamp benefits for cash at a Bronx grocery store.

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code, Section 2016; Title 7, Code of Federal Regulations, Section 278.2; Title 18 United States Code, Section 2.)

### FORFEITURE ALLEGATION

2. As a result of committing the food stamp offenses alleged in Count One of this Information, in violation of 7 U.S.C. § 2024(b)(1), ROMAN CASERES, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission

of the offenses, and all property traceable to such property, and pursuant to 7 U.S.C. § 2024(h), all property, real and personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of the food stamp fraud violation, and all proceeds traceable to such violation, including but not limited to: at least $521,589 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offenses charged in Count One of this Information.

(Title 18, United States Code, Section 981; Title 21, United States Code, Section 853(p); Title 7, United States Code, Section 2024; and Title 28, United States Code, Section 2461.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**RAMON CASARES,**

**Defendant.**

**INFORMATION**

07 Cr. 526 (CM)

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code, Section 2016; Title 7, Code of Federal Regulations, Section 278.2.; Title 18, United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.