UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
07 CR 526

JOSE URENA, and
RAMON CASARES,

       Defendants.

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSA Julian Jamal Moore, who is already on the case, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney for the
                        Southern District of New York

                      by: /s/ Mark Lanpher
                          Mark Lanpher
                          Assistant United States Attorney
                          (212) 637-2399

TO:    Osvaldo Gonzales
         Matthew J. Kluger